1  COOLEY, LLP
   HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
2  MARK WEINSTEIN (193043) (mweinstein@cooley.com)
   3175 Hanover Street
3  Palo Alto, CA 94304-1130
   Telephone:  (650) 843-5000
4  Facsimile:   (650) 849-7400

5  COOLEY LLP
   MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
6  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
7  Telephone:  (415) 693-2000
   Facsimile:   (415) 639-2222
8
   JUSTIN PATRICK DANIEL WILCOX  (*PRO HAC VICE*)
9  *(*jwilcox@cooley.com*)*
   SCOTT ALLEN COLE (*PRO HAC VICE*)
10 (scole@cooley.com)
   Reston Town Center
11 One Freedom Square
   11951 Freedom Drive
12 Reston, VA 20190-5656
   Telephone:   (703) 456-8000
13 Facsimile:   (703) 456-8100

14 Attorneys for Defendant
   FACEBOOK, INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
7/11/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**PRAGMATUS AV, LLC,**

　　　　　Plaintiff,

v.

**FACEBOOK, INC.,**

　　　　　Defendant.

Case No.  C 11-02168-EJD

**NOTICE OF DISASSOCIATION OF COUNSEL**

COOLEY LLP
ATTORNEYS AT LAW

953941 v1/HN

**NOTICE OF DISASSOCIATION OF COUNSEL**
**CASE NO. C 11-002168-EJD**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Matthew P. Gubiotti is no longer associated with Cooley LLP and therefore is no longer attorney of record for defendant Facebook, Inc. Please remove Mr. Gubiotti's name from the Court's record and service list.

Dated: July 8, 2011                              COOLEY LLP


                                                 /s/ *Heidi L. Keefe*
                                                 Heidi L. Keefe

                                                 Attorneys for Defendant
                                                 Facebook, Inc.