IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGMATUS AV LLC, | CASE NO. 5:11-cv-02168 EJD |
| Plaintiff(s), | **ORDER RE: PLAINTIFF'S MOTION TO REOPEN AND LIFT STAY** |
| v. | |
| FACEBOOK INC., | [Docket Item No(s). 99] |
| Defendant(s). | |

In this patent infringement action, the court issued a stay order on October 11, 2011, which remains in effect "pending either final exhaustion of the [patent] reexamination proceedings, including any appeals." See Docket Item No. 56. The court also ordered this action administratively closed. Id.

On January 23, 2013, Plaintiff Pragmatus AV, LLC ("Plaintiff") filed a motion to reopen and lift the stay. See Docket Item No. 99. According to Plaintiff, the patents-in-suit have emerged unchanged from reexamination and from a subsequent appeal to the Patent Trial and Appeal Board ("PTAB"). Plaintiff argues the previously-imposed stay is no longer necessary under these circumstances.

In opposition, and again in a Status Report filed March 1, 2013, Defendant Facebook Inc. ("Defendant") indicated its intention to appeal the decision of the PTAB to the United States Court of Appeals for the Federal Circuit. See Docket Item Nos. 102, 105. Defendant stated that its Notice of Appeal would be filed on or before March 12, 2013.

1
CASE NO. 5:11-cv-02168 EJD
ORDER RE: PLAINTIFF'S MOTION TO REOPEN AND LIFT STAY

The court finds relevant to its analysis of this motion whether Defendant did, in fact, pursue an appeal in the Federal Circuit. Accordingly, Defendant shall file a *brief* supplemental pleading **on or before April 26, 2013**, which states either (1) that it has filed an appeal in the Federal Circuit and attaches that Notice of Appeal as an exhibit, or (2) that Defendant has chosen not to pursue an appeal in the Federal Circuit.

Furthermore, this court finds Plaintiff's motion suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). As such, the hearing scheduled for April 26, 2013, is VACATED and the motion deemed submitted upon the filing of Defendant's supplemental brief as ordered herein.

**IT IS SO ORDERED.**

Dated: April 23, 2013


EDWARD J. DAVILA
United States District Judge

2
CASE NO. 5:11-cv-02168 EJD
ORDER RE: PLAINTIFF'S MOTION TO REOPEN AND LIFT STAY