United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGMATUS AV, LLC, | CASE NO. 5:11-cv-02168 EJD |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S MOTION TO REOPEN AND LIFT STAY** |
| v. | |
| FACEBOOK, INC., | [Docket Item No(s). 99] |
| Defendant(s). | |

Pursuant to this court's order dated April 23, 2013 (see Docket Item No. 107), Defendant Facebook, Inc. filed a supplemental pleading evidencing Defendant's appeal to the United States Court of Appeals for the Federal Circuit from a decision of the Patent Trial and Appeal Board which resulted from reexamination proceedings of the patents-in-suit. See Docket Item No. 108. Under these circumstances, the court has determined the order staying and administratively closing this action (see Docket Item No. 56), which was contemplated to remain in effect pending the *final* exhaustion of any appeals, should continue without modification.

Accordingly, Plaintiff's motion to reopen and lift the stay (Docket Item No. 99) is DENIED.

**IT IS SO ORDERED.**

Dated:  April 26, 2013

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-02168 EJD
ORDER DENYING PLAINTIFF'S MOTION TO REOPEN AND LIFT STAY